[No. 34044-1-I.   Division One.   August 14, 1995.]

TERRY MCLAUGHLIN, *Appellant*, v. DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-13366-9, Michael Spearman, J., entered April 11, 1994. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Webster, J.


[Nos. 36182-1-I; 31683-0-I.   Division One.   August 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR JOSE GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, Nos. 94-1-05571-9 and 94-1-05572-7, Ann Schindler, J., entered February 13, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 17137-6-II.   Division Two.   August 18, 1995.]

ROMONA MURPHY, ET AL., *Appellants*, v. STATE FARM AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-10700-6, Terry D. Sebring, J., entered April 16, 1993. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.